| PROB. 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 99-00256-06(PG) |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT: PUERTO RICO | DIVISION: U.S. PROBATION OFFICE |
|---|---|---|
| RAMON FELIX TORRES<br><br>83 Grant Street, Apt. No. 3<br><br>Buffalo, New York 14213 | NAME OF SENTENCING JUDGE<br><br>HONORABLE JUAN M. PEREZ-GIMENEZ | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 02/15/2004 TO 02/14/2010 |

OFFENSE
Title 21, USC, § 846 Conspiracy to distribute heroin, cocaine base and marihuana

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Western District of New York</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_March 6, 2007_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5/24/07_
Effective Date

_[signature]_
United States District Judge