OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
304 U.S. COURTHOUSE
68 COURT STREET
BUFFALO, NEW YORK 14202-3498
(716) 551-4211

July 27 2007

Clerk, U.S. District Court
District of Puerto Rico
Jose V. Toledo U.S. Courthouse
300 Calle Del Recinto Sur
San Juan, PR  00901

RE: Transfer of Jurisdiction - 2nd Request
DPR 99 - 256-06(PG)

Dear Clerk:

Enclosed is one original Form 22 accepting transfer of jurisdiction of Ramon Felix Torres.

Please forward to our Clerk's Office certified copies of papers concerning the offender, such as: the Form 22, Indictment and/or Information, Plea Agreement, Judgment and Commitment Order, Docket Sheet along with any other papers you deem necessary.

Very truly yours,

RODNEY C. EARLY, Clerk

By: S/ Kim Bolden
Deputy Clerk

Enclosure