UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN                                    TEL. (787) 772-3012
CLERK                                                    FAX (787) 766-5693

September 6, 2007

RECEIVED
SEP 1 8 2007
CLERK, USDC WDNY

WDNY-07 CR 220

Mr. Rodney C. Early
Clerk of Court
United States District Court
Western District of New York
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202-3498

Cr. No. 99-256 (PG)
USA vs. Ramon Felix Torres

Dear Mr. Early:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on August 22, 2007, we enclose the following documents:

1. Certified copy of Transfer of Jurisdiction Order (docket # 235).

2. Certified copy of Indictment (docket # 1)

3. Certified copy of Judgment (docket # 160)

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court

Rebecca Agostini-Viana
Court Services Manager

Enc.